

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00518-CV

Sandra Garza **DAVIS** f/k/a Sandra C. Saks and Landen Saks,
Appellants

v.

Lauren Saks **MERRIMAN** and Marcus P. Rogers, Interim Trustee,
Appellees

No. 04-13-00875-CV

Sandra C. **SAKS,** Margaret Landen Saks and Lee Nick McFadin III,
Appellants

v.

Lauren **SAKS** a/k/a Gloria Lauren Nicole Saks and Marcus P. Rogers, Interim Trustee,
Appellees

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2011-PC-3466
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the judgment confirming the arbitration award is AFFIRMED; however, the appeal from the order in aid of enforcement of judgment is DISMISSED FOR LACK OF JURISDICTION. The motion to dismiss Lee Nick McFadin III from appellate cause number 04-13-00875-CV is DENIED AS MOOT. It is ORDERED that Appellees Lauren Saks Merriman and Marcus Rogers, Interim Trustee, recover their costs of appeal from Appellants Sandra C. Saks and Landen Saks.

SIGNED March 4, 2015.

_____
Karen Angelini, Justice